# Frederick C. Kelly

*Attorney at Law*
*One Harriman Square*
*Goshen, New York*
*845 294-7945 ◆ Fax 845 294-7889*
*fckellylaw@protonmail.com*
*Service by electronic means is not accepted.*

Magistrate Judge Miroslav Lovric
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

September 18, 2025            *Via ECF*

Re:   VDARE Foundation, Inc. v. James et al
      Case No. 25-cv-810

Dear Judge Lovric:

This office represents Plaintiff VDARE Foundation, Inc. in the above case. The case sounds in First Amendment Retaliation and Equal Protection / §1983.

It is currently scheduled for a Rule 16 Conference on Wednesday September 24, 2025 at 2:30pm.

The case has been slightly delayed due to internal matters at VDARE, with the result that Plaintiff is only now in the process of effective service of process on the Defendants. (We expect to file affidavits of service shortly.)

In any event, if past is prologue, Plaintiff anticipates motion practice once Defendants are served. Under such circumstances Plaintiff respectfully suggests that the Rule 16 conference be held in abeyance, perhaps with a control date in the next few weeks.

I thank you and remain

        Very truly yours,

        /s/
        Frederick C. Kelly, Esq.