UNITED STATE DISTRICT COURT
For the Northern District of New York

VDARE Foundation, Inc.

                Plaintiff,

-against-

Letitia James, Richard Sawyer, Yael Fuchs, and Catherine Suvari,
in their individual capacities

                Defendants.

AFFIDAVIT OF SERVICE

Civil Action No. 1:25-cv-00810-MAD-ML

State of New York   )
                           : ss.:
County of Albany   )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on September 17, 2025 at approximately 3:15 pm, deponent served the following specific papers: Summons in a Civil Action, VDARE Foundation, Inc.'s Complaint, with Exhibits 1 – 7 by personally serving one copy of the aforesaid papers at the Office of the Attorney General, Robert Abrams Building, 2nd Floor, State St., Albany NY by delivering to and leaving the papers with Amber Schofield, a white female with blonde hair, being approximately 35 years of age, height of 5'11", weight of 165, being an authorized person in the Office of the Attorney General and empowered to receive such service. In addition to this serve, a mailing was done of the aforesaid papers to Letitia James, care of the Office of the Attorney General, The Capitol, Albany, NY 12224 via First Class Priority Mail in a plain envelope marked "Personal and Confidential" and did not indicate that it came from a lawyer or relates to a lawsuit.

                                                                          */s/ Edward J. Bowmaker*
                                                                              Edward J. Bowmaker

Sworn to before me this 18th day of
September 2025
*Carla F. Vinetti*
Carla J. Vinetti
Notary Public – State of New York
Qualified in Albany County
Registered No. 01VI6051462
Commission Expires: 12-04-2026