

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

October 8, 2025

<u>Via ECF</u>
Hon. Miroslav Lovric
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

  Re: *VDARE Foundation, Inc. v. James et al.*, 1:25-cv-810 (MAD/ML)

Dear Judge Lovric:

  The Office of the New York State Attorney General (OAG) currently represents Defendant New York State Attorney General Letitia James in the above-referenced matter. Pursuant to the Affidavit of Service filed on the docket at ECF No. 11, a response to the Complaint is due from Attorney General James by October 8, 2025. Attorney General James respectfully requests a thirty (30) day extension of the time to respond to the Complaint.

  The OAG does not currently represent any other defendants in this matter. However, it is anticipated that OAG will also undertake representation of any number of additional defendants by request pursuant to New York State Public Officers Law POL § 17. Thus, OAG would prefer to file one comprehensive response to the Complaint on behalf of all individuals it represents.

  In order to preserve the rights of all defendants in accordance with POL § 17(2)(c), OAG respectfully requests, to the extent any other defendant has been served, that any response date also be equally extended to November 7, 2025.

  The undersigned has conferred with Plaintiff's counsel, and counsel consents to this request.

  Thank you for your attention to this matter and courtesy in this regard.

          Respectfully,

         By: _____
         Matthew J. Gallagher
         Assistant Attorney General
         Bar Roll No. 701111
         Telephone: 518-776-2284

Hon. Miroslav Lovric
October 8, 2025
Page 2 of 2

            Email: Matthew.Gallagher@ag.ny.gov

Cc: All Attorneys of Record (via ECF)