IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

**VDARE FOUNDATION, INC.**

**Plaintiff,**

v.

**LETITIA JAMES, et al.**

**Defendants.**

Civil Case No. 25-cv-810-MAD-ML

## DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SUVARI

Plaintiff VDARE Foundation, Inc. ("VDARE") hereby dismisses the action as to Defendant Catherine Suvari only, without prejudice.

Dated: Goshen, New York
November 24, 2025

Respectfully submitted,

/s/ Frederick C. Kelly
Frederick C. Kelly, Esq.
*Attorney for Plaintiff VDARE*
One Harriman Square
Goshen, NY 10924
(845) 294-7945

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: November 25, 2025
Albany, NY