IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

**VDARE FOUNDATION, INC.**

**Plaintiff,**

v.

**LETITIA JAMES, JAMES SHEEHAN,
RICHARD SAWYER, MEGHAN FAUX,
EMILY STERN, RACHEL FINN,
BENJAMIN D. LIEBOWITZ, and
YAEL FUCHS,**
**in their individual and/or official capacities,**
**Defendants.**

Civil Case No. 25-cv-810-MAD-ML

**ORDER TO SHOW CAUSE**

UPON READING AND FILING of the Declaration of Frederick C. Kelly, Esq. dated December 4, 2025, the affidavit of Lydia Brimelow sworn December 1, 2025, Plaintiff's Memorandum of Law dated December 4, 2025, the exhibits attached thereto, and the pre-motion conference held on November 21, 2025 which dispensed with any further letters or conferences prior to the filing of this request for injunctive relief (LR 7.1(a)(2)), and granted Plaintiff leave to file an oversized brief up to 30 pages, and upon all the other proceedings had herein,

LET DEFENDANT LETITIA JAMES IN HER OFFICIAL CAPACITY show cause in the District Court for the Northern District of New York, located at the James T. Foley U.S. Courthouse, 445 Broadway, Courtroom 5, Albany, New York 12207 at a hearing on the _____ day of _____, at _____ in the _____ noon of that day or as soon thereafter as counsel can be heard, with Plaintiff's deadline for filing and serving supporting papers on _____ and Defendant Letitia James in her official capacity's

deadline for filing and serving opposing papers on _____ (LR 7.1(e)), why an order should not be entered:

    a. Enjoining Defendant Letitia James in her official capacity, as well as her officers, agents, servants, employees, and attorney, and all persons in active concert or participation with them, from prosecuting or otherwise advancing the pending Civil Complaint dated September 3, 2025 filed in New York Supreme Court, County of New York, Index No. 452397/2025 during the pendency of this case.

    b. Ordering an expedited schedule for merits resolution of Plaintiffs' claims.

    c. Waiving the security requirement or setting nominal security under Fed. R. Civ. P. 65(c), given the constitutional equities at stake.

    d. Granting such other and further relief as the Court deems just and proper.

SUFFICIENT CAUSE THEREFOR APPEARING that, pursuant to FRCP 65(d)(1)(a), Plaintiff has demonstrated that its First Amendment Rights are imperiled and chilled, which is an irreparable injury (*Elrod v. Burns*, 427 U.S. 347, 373 (1976)) and has a strong likelihood of success (*Otoe-Missouria Tribe of Indians v. N.Y. State Dep't of Fin. Servs.*, 769 F.3d 105, 110 (2d Cir. 2014), the dominant or even dispositive factor (*N.Y. Progress & Prot. Pac v. Walsh*, 733 F.3d 483, 488 (2nd Cir. 2013) in requesting such relief, it is

ORDERED, that Defendant Letitia James in her official capacity, as well as her officers, agents, servants, employees, and attorney, are temporarily restrained from taking any steps to prosecute the Civil Complaint dated September 3, 2025 filed in New York Supreme Court,

County of New York, Index No. 452397/2025, pending the hearing and determination of the within motion;

ORDERED, that a copy of this order to show cause and the papers upon which it was made be served upon Defendant Letitia James in her official capacity via the court's ecf filing system shall be deemed sufficient service.

Dated: Albany, New York
      December __, 2025

                                                                                                                                                                        _____
                                                                                                                                                               Honorable Mae A. D'Agostino
                                                                                                                                                               District Court Judge
                                                                                                                                                               Northern District of New York