| | |
|---|---|
| **Office of the New York State Attorney General** | **Letitia James Attorney General** |

December 30, 2025

**Via ECF**

Hon. Mae A. D'Agostino
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

      Re:  *VDARE Foundation, Inc. v. James et al.*,
            Civil Case No. 1:25-CV-0810 (MAD/ML)

Dear Judge D'Agostino,

    This Office represents Defendants New York State Attorney General Letitia James and Assistant Attorney General Richard Sawyer (Defendants) in the above-referenced matter. Defendants respectfully request leave to file an enlarged memorandum of law in opposition to Plaintiff's motion for a preliminary injunction (Dkt. No. 31) and in support of their cross-motion to dismiss not exceeding twenty-nine (29) pages. Defendants' filing deadline is January 6, 2026. *See* Dkt. No. 37.

    The additional pages are requested to fully address the relevant history between the parties, the merits of two motions, and the number of arguments being advanced by Defendants.

    Thank you for your attention to this matter and courtesy in this regard.

                                              Respectfully,

                                              By: _____
                                                 Matthew J. Gallagher
                                                 Assistant Attorney General
                                                 Bar Roll No. 701111
                                                 Telephone: 518-776-2284
                                                 Email: Matthew.Gallagher@ag.ny.gov

CC:    All Attorneys of Record
          (*via ECF*)