UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VDARE FOUNDATION, INC.,

                                                 *Plaintiff*,

-against-

LETITIA JAMES, JAMES SHEEHAN, RICHARD
SAWYER, MEGHAN FAUX, EMILY STERN, RACHEL
FINN, BENJAMIN LIEBOWITZ, and
YAEL FUCHS,

                                                 *Defendants*.

**NOTICE OF CROSS-MOTION**

25-CV-0810

MAD/ML

---

PLEASE TAKE NOTICE that upon the accompanying Declaration of Matthew J. Gallagher, and the exhibits attached thereto, Memorandum of Law, and upon all prior proceedings, Defendants, New York State Attorney General Letitia James and Assistant Attorney General Richard Sawyer, on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Albany, New York, pursuant to Rules 12(b)(1), (6) of the Federal Rules of Civil Procedure, for an order dismissing the Amended Complaint (ECF No. 24) in its entirety, with prejudice, together with such other or further relief as may be just.

Dated: Albany, New York
       January 6, 2026

                                        LETITIA JAMES
                                        New York State Attorney General
                                        Attorney for Defendants Letitia James and
                                              Richard Sawyer
                                        The Capitol
                                        Albany, New York 12224

By: _____
Matthew J. Gallagher
Assistant Attorney General
Bar Roll No. 701111
Telephone: (518) 776-2284
Fax:  (518) 915-7734 (Not for service of papers)
Email: matthew.gallagher@ag.ny.gov

To: Frederick C. Kelly, Esq.
Attorney for Plaintiff
1 Harriman Square
P.O. Box 60
Goshen, NY 10924
(*via ECF*)