UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VDARE FOUNDATION, INC.,

|  |  |  |
|---|---|---|
|  | *Plaintiff*, | **DECLARATION** |
| -against- | | 25-CV-0810 |
| LETITIA JAMES, JAMES SHEEHAN, RICHARD SAWYER, MEGHAN FAUX, EMILY STERN, RACHAEL FINN, BENJAMIN LIEBOWITZ, and YAEL FUCHS, | | MAD/ML |
|  | *Defendants*. | |

---

Matthew J. Gallagher, on the date noted below and pursuant to § 1746 of title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1.      I am an Assistant Attorney General to Letitia James, New York State Attorney General, attorney for Defendants, New York State Attorney General Letitia James and Assistant Attorney General Richard Sawyer (Defendants), in the above-captioned action.

2.      I submit this Declaration pursuant to Local Rule 7.1(b)(2), based on personal knowledge, to (1) establish and provide factual and procedural background relevant to Defendants' Motion to Dismiss Plaintiff's Complaint pursuant to Fed.R.Civ.P. 12(b)(1), and (2) for the limited purpose of providing the Court with the attached appendix of exhibits, cited in the Memorandum of Law in Opposition to Plaintiff's Motion for Injunctive Relief and in Support of Defendants' Cross-Motion to Dismiss the Amended Complaint. The attached

1

exhibits are incorporated in, or integral to, Plaintiff's Amended Complaint.

3.      On December 16, 2022, the Office of the New York State Attorney General (OAG) initiated a special proceeding via Petition and Order to Show Cause (OTSC) in New York State Supreme Court, County of New York, to enforce Plaintiff, VDARE Foundation, Inc.'s (VDARE) compliance with a subpoena. *People of the State of New York v. VDARE Foundation, Inc.*, Index No. 453196/2022 (Sup. Ct. New York Cnty.) (Subpoena Proceeding).

4.      A true and accurate copy of the Subpoena Proceeding Petition, *id*. at NYSCEF No. 1, is annexed as **Exhibit A**.

5.      A true and accurate copy of OAG's OTSC in the Subpoena Proceeding, *id*. at NYSCEF No. 33, is annexed to as **Exhibit B**.

6.      VDARE moved to dismiss the Petition and argued against enforcement of the subpoena by claiming that OAG's pursuit of VDARE constituted "unconstitutional retaliation." VDARE Order to Show Cause, *id*. at NYSCEF No. 52 (a true and accurate copy is annexed as **Exhibit C**); VDARE Reply in Further Support of Motion to Dismiss, Subpoena Proceeding, *id*. at NYSCEF No. 58 (VDARE Reply) (a true and accurate copy is annexed as **Exhibit D**), at 4-6.[1]

7.      VDARE expressly argued that OAG (1) exhibited retaliatory animus based on temporal connections to its pursuit of VDARE, VDARE Reply 4-5; (2) misused its power to regulate and limit constitutional speech, *id.* at 5; (3) targeted "VDARE because of its speech," *id.*; and (4) demonstrated that the subpoena had a pretextual purpose of regulating VDARE's speech, *id.* at 5-6 (arguing that OAG's action "makes clear that the OAG's goal is to put VDARE out of business").

8.      Following full briefing and argument, the Supreme Court granted OAG's Petition,

---

[1] Citations to documents on the NYSCEF Docket reference NYSCEF pagination.

holding that (1) the subpoena was appropriate because it "focused on subject matter areas which fall within the statutory provisions that govern not-for-profit corporations," and (2) "demand[s] the type of material that will permit [OAG] to determine whether [VDARE] has complied with [NPCL] requirements." Decision and Order on Motion, Subpoena Proceeding, NYSCEF No. 62 (a true and accurate copy is annexed as **Exhibit E**), at 6-7.

9.      The Court also addressed VDARE's constitutional objections in its Decision and Order and held that VDARE did "not establish[] that the subpoena would impair [VDARE's] own First Amendment Rights." *Id.* at 7.

10.      VDARE appealed the Supreme Court decision to the New York Appellate Division, First Judicial Department (First Department). *See People of the State of New York v. VDARE Foundation, Inc.*, Index No. 2023-00672 (N.Y. 1st Dept.) (State Appellate Action), NYSCEF No. 12 (VDARE Appellate Brief) (a true and accurate copy is annexed as **Exhibit F**).

11.      One of the questions presented to the First Department on appeal and argued by VDARE was, "Whether Respondent's investigatory subpoena should have been enforced when it was admittedly issued in retaliation for speech at the very core of the areas protected by the First Amendment?" *Id.* at 7, 16-19.

12.      The First Department found "no support for [VDARE's] contention that the OAG conceded any retaliatory animus or was targeting it for its protective speech." *People of the State of New York v. VDARE Foundation, Inc.*, 224 A.D.3d 516, 518 (N.Y. 1st Dept. 2024).

13.      On June 13, 2024, the New York Court of Appeals on its own motion denied VDARE's request for leave to appeal the First Department's decision. *See People v. VDARE Found., Inc.* Mot. No. 2024-244 (N.Y. June 13, 2024) (a true and accurate copy is annexed as **Exhibit G**).

14. VDARE was repeatedly held in contempt for willfully failing to comply with the New York Supreme Court's orders in the Subpoena Proceeding and never cured violation of its obligations to comply with the OAG Subpoena, which resulted in tens of thousands of dollars in contempt penalties that remain outstanding. *See* March 27, 2024 Decision & Order, Subpoena Proceeding, NYSCEF No. 239 (a true and accurate copy is annexed as **Exhibit H**); October 17, 2024 Decision & Order on Motion, Subpoena Proceeding, NYSCEF No. 341 (a true and accurate copy is annexed as **Exhibit I**); October 10, 2025 Order Confirming in Part Special Referee Report and Recommendation, Subpoena Proceeding, NYSCEF No. 389 (a true and accurate copy is annexed as **Exhibit J**).

15. VDARE filed its first federal lawsuit against OAG in December 2022, alleging constitutional violations of its right to free speech allegedly caused by the OAG Subpoena, and asserting claims for retaliation, as well as seeking declaratory and injunctive relief. *See VDARE Foundation, Inc. v. James*, Index No. 1:22-cv-1137 (FJS/CFH) (N.D.N.Y.) Dkt. No. 1, Verified Complaint.

16. VDARE's federal complaint was dismissed on *res judicata* grounds because the claims arose from the same transaction or series of transactions as the claims involved in the Subpoena Proceeding, and therefore, were barred by the final judgment rendered by the state courts in the Subpoena Proceeding. *VDARE Foundation, Inc. v. James*, Index No. 1:22-cv-1137 (FJS/CFH) (N.D.N.Y.) Dkt. No. 59, Memorandum-Decision and Order 15-19.

17. The decision was affirmed by the Second Circuit on appeal. *VDARE Foundation, Inc. v. James*, 2025 WL 3648783, at *3-6 (2d Cir. Dec. 17, 2025).

18. OAG initiated a civil enforcement action against VDARE, Peter Brimelow, and Lydia Brimelow resulting from the OAG Subpoena and its investigation with the filing of a

complaint in State Court.[2] *See generally* Verified Complaint, *People v. VDARE Foundation Inc. et al.*, Index No. 452397/2025 (N.Y. Sup. Ct., New York Cnty.) (Enforcement Action), NYSCEF No. 1 (Enforcement Action Complaint) (annexed as **Exhibit K**)

19.    VDARE, Peter Brimelow, and Lydia Brimelow filed motions to dismiss the Enforcement Action in part on December 18, 2025, returnable on February 27, 2026. *See* Notices of Motions, Enforcement Action., NYSCEF Nos. 16, 19 (jointly annexed as **Exhibit L**).

20.    VDARE initiated this federal matter pursuant to 42 U.S.C. § 1983 on June 23, 2025. *See* Complaint, ECF No. 1.

21.    On November 24, 2025, VDARE filed an Amended Complaint. *See* Amended Complaint, ECF No. 24.

22.    On December 8, 2025, VDARE filed an Order to Show Cause in the instant matter seeking an order enjoining OAG from prosecuting the Enforcement Action against VDARE in state court. *See* Order to Show Cause, ECF No. 31.

Dated: January 6, 2026
          Albany, New York

_____
Matthew J. Gallagher

---

[2] Following OAG's investigation of VDARE, OAG initiated an action against VDARE, Peter Brimelow, and Lydia Brimelow on September 3, 2025, seeking restitution and penalties, as well as removal of the Brimelows as fiduciaries of VDARE, among other relief. Exhibit K, Verified Complaint.