At an IAS Part 57 of the Supreme Court
of the State of New York, 60 Centre Street,
City and State of New York on the
21 day of December 2022

PRESENT: **HON. SABRINA B. KRAUS**
_____    J.S.C.
          J.S.C.

--------------------------------------------------------------x

PEOPLE OF THE STATE OF NEW YORK, by
LETITIA JAMES, Attorney General of the
State of New York,

                        Petitioner,

      -against-

VDARE FOUNDATION, INC.,

                        Respondent.

--------------------------------------------------------------x

Index No. 453196/2022

**ORDER TO SHOW CAUSE**

MS #1: COMPEL

    Upon reading and filing of the Verified Petition, dated December 16, 2022, and the

exhibits annexed thereto, the Affirmation of Yael Fuchs of Good Faith and in Support of the

Office of the Attorney General's Order to Show Cause to Compel Compliance with an

Investigative Subpoena, sworn to on December 16, 2022, and the exhibits annexed thereto, and

the accompanying Memorandum of Law, dated December 16, 2022, and upon the application of

LETITIA JAMES, Attorney General of the State of New York, on behalf of the People of the

State of New York;

    **LET** Respondent VDARE Foundation, Inc. ("VDARE") appear and show cause before

IAS Part 57 of the Supreme Court, New York County, at the Courthouse ~~located at~~

Via MS TEAMS ~~, New York, New York 10007,~~ on the 19 day of January 2023 at 11 am

~~a.m.~~/p.m., or as soon thereafter as counsel can be heard, why an order should not be made

pursuant to Civil Practice Law and Rules 2308(b):

1

Case 1:25-cv-00810-MAD-ML    Document 40-3    Filed 01/06/26    Page 2 of 2

(1) compelling Respondent VDARE to comply with the investigative subpoena *duces tecum* dated June 23, 2022 (served June 24, 2022) and issued by the Office of the Attorney General ("the Subpoena") directly, without further delay; and

(2) granting such other, further, and additional relief as the Court may deem just and proper.

SUFFICIENT CAUSE being alleged therefor, it is

ORDERED that service of a copy of this Order, and the papers upon which it was granted, upon Respondent, by electronic mail to Respondent VDARE's counsel, Andrew J. Frisch, Esq., 40 Fulton Street, New York, New York 10038, at the email address afrisch@andrewfrisch.com and telephone (212) 285-8000 on or before Dec. 27 be deemed good and sufficient service; and it is further

ORDERED that any opposition papers shall be served on Petitioner by electronic mail to Petitioner's counsel, Assistant Attorneys General Yael Fuchs and Catherine Suvari at the email addresses Yael.Fuchs@ag.ny.gov and Catherine.Suvari@ag.ny.gov, respectively, by 5:00 p.m. on Jan 12, 2023 six (6) business days prior to the date set forth above for the hearing on Petitioner's motion to compel; and

ORDERED that any reply papers shall be served on Respondent by electronic mail to Respondent's counsel at afrisch@andrewfrisch.com and/or such other or further electronic mail addresses as shall be designated by him, by 5:00 p.m. one (1) business day prior to the date set forth above for the hearing on Petitioner's motion to compel.

ENTER:

_____
J.S.C.
HON. SABRINA B. KRAUS
J.S.

2