Case 1:25-cv-00810-MAD-ML    Document 40-4    Filed 01/06/26    Page 1 of 2

E

At IAS Part 57 of the Supreme Court
of the State of New York, 111 Centre Street,
City and State of New York on the 3 day of
January 2023

PRESENT: **HON. SABRINA B. KRAUS**
_____J.S.C.
HON. SABRINA B. KRAUS, J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------- x

PEOPLE OF THE STATE OF NEW YORK, by
LETITIA JAMES, Attorney General of the State of
New York,

Index No. 453196/2022

                         Petitioner,

**ORDER TO SHOW CAUSE**

      - against -

Motion Sequence No. 2 — *Dismiss*
(VDARE's motion for dismissal

VDARE FOUNDATION, INC.,

or, alternatively, a stay)

                   Respondent.

--------------------------------------------------------------------- x

Upon reading and filing of an application by Respondent VDARE

FOUNDATION, INC. to dismiss or alternatively to stay this special proceeding made by

Affirmation of Andrew J. Frisch, attorney for Respondent, dated January 3, 2023, and the

exhibits thereto, and the accompanying Memorandum of Law, dated January 3, 2023,

      LET Plaintiff People of the State of New York by Letitia James, Attorney General

of the State of New York, show cause before IAS Part 57 of the Supreme Court, New York

County, ~~at the Courthouse located at 111 Centre Street~~, *via MS TEAMS* New York, New York, or via TEAMS,

on the *19* day of January 2023 at *11* a.m./p.m., or as soon thereafter as counsel can be heard,

why an order should not be made pursuant to Civil Practice Rules 3211(a)(4):

Case 1:25-cv-00810-MAD-ML    Document 40-4    Filed 01/06/26    Page 2 of 2

(1) dismissing this action or, alternatively, staying it pending resolution of *VDARE Foundation, Inc. v. James*, 1:22-cv-01337 (N.D.N.Y.) (FJS); and

(2) granting such other, further, and additional relief as the Court may deem just and proper.

SUFFICIENT CAUSE being alleged therefor, it is

ORDERED that service of a copy of this Order, and the papers upon which it was granted, upon ~~Plaintiff~~ *petitioner*, by electronic mail to ~~Plaintiff~~ *petitioner's* counsel, AAG Yael Fuchs, Office of the Attorney General, 28 Liberty Street, New York, New York 10005, at the email address *Yael.Fuchs@ny.ag.gov* and telephone number 212-416-8391 on or before *Jan 4* be deemed good and sufficient service; and it is further

ORDERED that an opposition papers shall be served on Respondent by electronic mail to Respondent's counsel Andrew J. Frisch at the email address *afrisch@andrewfrisch.com* by 5:00 p.m. on *OR BEFORE Jan 12*, 2023, six (6) business days prior to the date set forth above for the hearing on Respondent's motion to dismiss or, alternatively, to stay; and

ORDERED that any reply papers shall be served upon ~~Plaintiff~~ *Petitioner* by electronic mail to ~~Plaintiff~~ *Petitioner's* counsel, AAG Yael Fuchs, Office of the Attorney General, 28 Liberty Street, New York, New York 10005, at the email address *Yael.Fuchs@ny.ag.gov* and telephone number 212-416-839, one (1) business day prior to the date set forth above for the hearing on Respondent;'s motion to dismiss or alternatively to stay.

ENTER:

_____
HON. SABRINA B. KRAUS, J.S.C.