Case 1:25-cv-00810-MAD-ML    Document 40-8    Filed 01/06/26    Page 1 of 1

# State of New York
## Court of Appeals

*Decided and Entered on the*
*thirteenth day of June, 2024*

**Present**, Hon. Rowan D. Wilson, *Chief Judge, presiding.*

---

Mo. No. 2024-244
In the Matter of the People of the State of
New York, by Letitia James, &c.,
  Respondent,
  v.
VDARE Foundation, Inc.,
  Appellant.

---

Appellant having appealed and moved for leave to appeal to the Court of Appeals in the above cause;

Upon the papers filed and due deliberation, it is

ORDERED, on the Court's own motion, that the appeal is dismissed, without costs, upon the ground that no substantial constitutional question is directly involved; and it is further

ORDERED, that the motion for leave to appeal is denied.

           Lisa LeCours
           Clerk of the Court

RECEIVED BY MAIL/HAND
NYS OFFICE OF THE ATTORNEY GENERAL

JUN 18 2024

DIV OF APPEALS & OPINIONS  NYC