# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | HON. SABRINA KRAUS | PART | 57M |
|---|---|---|---|
| | *Justice* | | |

-----------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                                Plaintiff,

                                - v -

VDARE FOUNDATION, INC.,

                                Defendant.

-----------------------------------------------------------------X

| INDEX NO. | 453196/2022 |
|---|---|
| MOTION DATE | 01/10/2024 |
| MOTION SEQ. NO. | 004 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 004) 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 181, 182, 198, 199, 201, 202, 203, 204, 205, 212, 214, 215, 217, 218, 219, 220, 221, 222, 223, 224, 225, 236

were read on this motion to/for                     CONTEMPT              .

WHEREAS, this matter has come before the Court on February 27, 2024 for oral argument of the motion brought by Order to Show Cause on behalf of Petitioner, the People of the State of New York (Mot. Seq. No. 004), and virtually for further argument on March 20, 2024; and

WHEREAS, it appears to the satisfaction of the Court that the Respondent, VDARE Foundation, Inc. ("VDARE"), is in contempt of court by virtue of its misconduct in willfully failing to obey the provisions and requirements of this Court's order entered on January 23, 2023 (NYSCEF 63), namely the direction therein that VDARE (1) re-produce all previously produced hard copy documents in a revised form that bears only those redactions outlined by the Court by February 10, 2023; (2) complete the production of all responsive material contained in the

453196/2022  PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY         Page 1 of 4
GENERAL OF THE STATE OF NEW YORK vs. VDARE FOUNDATION, INC.
Motion No. 004

1 of 4

previously identified universe of VDARE's electronic files by February 24, 2023; and (3) simultaneously produce corresponding redaction logs with each production; and

WHEREAS, it appears to the satisfaction of the Court that the Respondent VDARE is in contempt of court by virtue of its misconduct in willfully failing to obey the provisions and requirements of this Court's order entered on December 12, 2023 (NYSCEF 129), namely the direction therein that VDARE shall comply with the court's January 23, 2023 order on or before January 3, 2024; and

WHEREAS, the Court has found and decided that the misconduct of the Respondent, VDARE, defeated, impaired, impeded, and prejudiced the rights and remedies of the Petitioner herein,

IT IS hereby ORDERED, ADJUDGED AND DECREED that:

Petitioner's motion for an order adjudicating Respondent VDARE in civil contempt is hereby GRANTED; and it is further

ORDERED that Respondent's disobedience has defeated, impaired, impeded and prejudiced Petitioner's rights under the January 23, 2023 and December 12, 2023 orders of this Court, and plaintiff had no alternative effective remedies available; and it is further

ORDERED that Respondent VDARE is held in civil contempt and is directed to purge the contempt by complying with the January 23, 2023 order to (1) re-produce all previously produced hard copy documents in a revised form that bears only those redactions outlined by the Court; (2) complete the production of all responsive material contained in the previously identified universe of VDARE's electronic files; and (3) simultaneously produce corresponding redaction logs with each production; and it is further

453196/2022 PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK vs. VDARE FOUNDATION, INC.
Motion No. 004

Page 2 of 4

2 of 4

ORDERED that, as of the date of this Order, Respondent VDARE shall be assessed a $250-per-diem fine. The fine will be assessed until Respondent VDARE submits certification to this Court, on notice and copy to the Petitioner, that a complete production of the responsive records and corresponding redaction logs were provided to the Office of the Attorney General in compliance with the Court's Orders dated January 23, 2023 and December 12, 2023, and subject to any redaction protocol or confidentiality order entered by this Court. On the date, as determined by this Court, that Respondents have fully complied with these Orders, the daily civil penalty will cease and an order for Respondent to pay the Petitioner the total amount accrued up to that date will be issued; and it is further

ORDERED that Petitioner may also submit an affidavit establishing the costs and expenses incurred in connection with its motions to hold Respondent VDARE in contempt and to enforce the Court's orders. An order will subsequently be issued requiring VDARE to pay those costs and expenses which the court finds reasonable; and it is further

ORDERED that VDARE's counsel shall, within five (5) days from entry of this order, serve a copy of the January 23, 2023 Order, the December 12, 2023 Order, the contempt motion and accompanying papers, and this contempt order on each of VDARE's Officers and Directors and shall confirm compliance in writing to the Court; and it is further

ORDERED that in the event that the contempt has not been purged by April 30, 2024, Petitioner may renew its application to this Court to hold VDARE in further contempt and also to hold VDARE's officers and/or directors individually liable for contempt of Court, and may renew its application for fees and costs incurred on any subsequent motion to enforce this Court's orders, and may seek entry of a judgment for the amount of per diem fines accrued as of said date; and it is further

453196/2022  PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY
GENERAL OF THE STATE OF NEW YORK vs. VDARE FOUNDATION, INC.
Motion No. 004

Page 3 of 4

3 of 4

ORDERED that any relief not expressly addressed has nonetheless been considered and is hereby denied; and it is further

ORDERED that Petitioner shall, within 20 days from entry of this order, serve a copy of this order with notice of entry upon counsel for all parties and upon the Clerk of the General Clerk's Office (60 Centre Street, Room 119); and it is further

ORDERED that such service upon the General Clerk's Office shall be made in accordance with the procedures set forth in the Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases (accessible at the "E-Filing" page on the court's website at the address www.nycourts.gov/supctmanh)].

This constitutes the decision and order of the court.

| 3/27/2024 | | SABRINA KRAUS, J.S.C. |
|---|---|---|
| DATE | | |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|
| | ☒ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

453196/2022 PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY          Page 4 of 4
GENERAL OF THE STATE OF NEW YORK vs. VDARE FOUNDATION, INC.
Motion No. 004

4 of 4