# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | |
|---|---|---|
| **PRESENT:** HON. SABRINA KRAUS | **PART** | **57M** |
| *Justice* | | |

-----------------------------------------------------------------X

PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                         Petitioner,

                    - v -

VDARE FOUNDATION, INC.,

                         Respondent.

-----------------------------------------------------------------X

**INDEX NO.** 453196/2022

**MOTION DATE** 09/19/2024

**MOTION SEQ. NO.** 008

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 008) 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 329, 330, 332, 333, 336, 337

were read on this motion to/for                         CONTEMPT             .

## BACKGROUND

On January 23, 2023, this Court ordered Respondent VDARE Foundation, Inc. to comply with the Attorney General's June 23, 2022 civil investigative subpoena. The Court ordered VDARE to (1) re-produce all previously produced hard copy documents in a revised form that bears only those redactions outlined by the Court by February 10, 2023; (2) complete the production of all responsive material contained in the previously identified universe of VDARE's electronic files by February 24, 2023; and (3) simultaneously produce corresponding redaction logs with each production.

After Respondent failed to comply Petitioner moved for contempt and pursuant to a March 2024 Order this Court "directed [VDARE] to purge the contempt by complying with the January 23, 2023 order to (1) re-produce all previously produced hard copy documents in a

453196/2022   PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY
GENERAL OF THE STATE OF NEW YORK vs. VDARE FOUNDATION, INC.
Motion No. 008

Page 1 of 5

1 of 5

revised form that bears only those redactions outlined by the Court; (2) complete the production of all responsive material contained in the previously identified universe of VDARE's electronic files; and (3) simultaneously produce corresponding redaction logs with each production," by April 30, 2024, or else face a renewed application for contempt.

Such a renewed application is pending before the Court. Respondent essentially argues it is trying to comply and that there are ambiguities in the previous order precluding a finding of contempt. These arguments are rejected by the Court.

The Court therefore makes the following rulings:

WHEREAS, this matter has come before the Court on October 8, 2024, brought by Order to Show Cause on behalf of Petitioner, the People of the State of New York (Mot. Seq. No. 008); and

WHEREAS, it appears to the satisfaction of the Court that the Respondent, VDARE Foundation, Inc. ("VDARE"), is in contempt of court by virtue of its misconduct in willfully failing to obey the provisions and requirements of this Court's order entered on January 23, 2023 (**NYSCEF 63**), namely the direction therein that VDARE (1) re-produce all previously produced hard copy documents in a revised form that bears only those redactions outlined by the Court by February 10, 2023; (2) complete the production of all responsive material contained in the previously identified universe of VDARE's electronic files by February 24, 2023; and (3) simultaneously produce corresponding redaction logs with each production; and

WHEREAS, it appears to the satisfaction of the Court that the Respondent VDARE is in contempt of court by virtue of its misconduct in willfully failing to obey the provisions and requirements of this Court's order entered on December 12, 2023, namely the direction therein that VDARE shall comply with the court's January 23, 2023 order on or before

453196/2022 PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK vs. VDARE FOUNDATION, INC.
Motion No. 008

Page 2 of 5

2 of 5

January 3, 2024; and

WHEREAS, it appears to the satisfaction of the Court that Respondent VDARE is in contempt of court by virtue of its misconduct in willfully failing to obey the provisions and requirements of this Court's order entered on March 27, 2024, namely the direction therein that VDARE shall purge its contempt by complying with the court's January 23, 2023 and December 12, 2023 orders by April 30, 2024; and

WHEREAS, the Court has found and decided that the misconduct of the Respondent, VDARE, defeated, impaired, impeded, and prejudiced the rights and remedies of the Petitioner herein; and

WHEREAS, the Court has found and decided that VDARE has engaged in frivolous conduct in withholding the production of documents and responsive materials in their possession, repeatedly misrepresenting to the Court and to counsel their readiness to produce documents, as that conduct was undertaken primarily to delay or prolong the resolution of the litigation, or to harass or maliciously injure another,

NOW IT IS hereby ORDERED, ADJUDGED AND DECREED that:

Petitioner's motion for an order adjudicating Respondent VDARE in civil contempt is hereby GRANTED; and it is

THE JUDGMENT OF THE COURT that, as of the date of this Order, Respondent VDARE be and hereby is fined the sum of $ 43,500.00 , the total amount of $250 *per diem* penalties accrued between March 27, 2024 and October 10, 2024, less $6,000 for the Court of Appeals' 24-say temporary stay, and it is further

ORDERED that VDARE is hereby directed to pay the Petitioner, within 30 days of service of this order with notice of entry, the above-noted sum, representing the total of the

453196/2022   PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY
GENERAL OF THE STATE OF NEW YORK vs. VDARE FOUNDATION, INC.
Motion No. 008

Page 3 of 5

3 of 5

contempt judgment, plus interest on that amount at the rate of 9% per annum from the date judgment is entered until such judgment shall be satisfied in full; and it is further

ORDERED that Respondent's disobedience has defeated, impaired, impeded and prejudiced Petitioner's rights under the January 23, 2023, December 12, 2023, and March 27, 2024 orders of this Court, and Petitioner had no alternative effective remedies available; and it is further

ORDERED that Respondent VDARE is held in further civil contempt and is directed to purge the contempt by complying with the January 23, 2023 order to (1) re-produce all previously produced hard copy documents in a revised form that bears only those redactions outlined by the Court; (2) complete the production of all responsive material contained in the previously identified universe of VDARE's electronic files; and (3) simultaneously produce corresponding redaction logs with each production; and it is further

ORDERED that, as of the date of this Order, Respondent VDARE shall be assessed a $1000-per-diem fine. The fines will be assessed until Respondent VDARE submits certification to this Court, on notice and copy to the Petitioner, that a complete production of the responsive records and corresponding redaction logs were provided to the Office of the Attorney General in compliance with the Court's Orders dated January 23, 2023 and December 12, 2023, and subject to any redaction protocol or confidentiality order entered by this Court. On the date, as determined by this Court, that Respondents have fully complied with these Orders, the daily civil penalty will cease and an order for Respondent to pay the Petitioner the total amount accrued up to that date will be issued; and it is further

ORDERED that VDARE's counsel shall, within five (5) days from entry of this order, serve a copy of the January 23, 2023 Order, the December 12, 2023 Order, the March 27,

453196/2022   PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY
GENERAL OF THE STATE OF NEW YORK vs. VDARE FOUNDATION, INC.
Motion No. 008

Page 4 of 5

4 of 5

2024 Order, the instant contempt motion and accompanying papers (Mot. Seq. 8), and this contempt order on each of VDARE's Officers and Directors and shall confirm compliance in writing to the Court; and it is further

ORDERED that in the event that the contempt has not been purged by November 15, 2024, Petitioner may renew its application to this Court for all appropriate relief; and it is further

ORDERED that any relief not expressly addressed has nonetheless been considered and is hereby denied; and it is further

ORDERED that Petitioner shall, within 20 days from entry of this order, serve a copy of this order with notice of entry upon counsel for all parties and upon the Clerk of the General Clerk's Office (60 Centre Street, Room 119); and it is further

ORDERED that such service upon the General Clerk's Office shall be made in accordance with the procedures set forth in the Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases (accessible at the "E-Filing" page on the court's website at the address www.nycourts.gov/supctmanh)].

This constitutes the decision and order of this Court.

| 10/17/2024 | | | | |
|---|---|---|---|---|
| **DATE** | | | **SABRINA KRAUS, J.S.C.** | |
| CHECK ONE: | X CASE DISPOSED | | NON-FINAL DISPOSITION | |
| | GRANTED | DENIED | X GRANTED IN PART | OTHER |
| APPLICATION: | SETTLE ORDER | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | REFERENCE |

453196/2022   PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK vs. VDARE FOUNDATION, INC.
Motion No. 008

Page 5 of 5

5 of 5