# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

**PRESENT:** _____**HON. SABRINA KRAUS**_____   **PART** CVA-1/57

*Justice*

---

People of the State of New York, by Letitia James,
Attorney General of the State of New York   **INDEX NO.** 453196/2022

-v-   **MOTION DATE** 9/12/25

VDARE Foundation, Inc.   **MOTION SEQ. NO.** 010

---

The following papers, numbered 1 to _____, were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s). _____

Answering Affidavits — Exhibits _____ | No(s). _____

Replying Affidavits _____ | No(s). _____

Upon the foregoing papers, it is ordered that this motion is

Motion is granted per attached order.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE _____
FOR THE FOLLOWING REASON(S): _____

Dated: _____10/10/25_____   _____, J.S.C.

HON. SABRINA KRAUS

1. CHECK ONE: ................................................ ☐ CASE DISPOSED   ☐ NON-FINAL DISPOSITION

2. CHECK AS APPROPRIATE: ..................MOTION IS: ☒ GRANTED   ☐ DENIED   ☐ GRANTED IN PART   ☐ OTHER

3. CHECK IF APPROPRIATE: ................................ ☐ SETTLE ORDER   ☐ SUBMIT ORDER

☐ DO NOT POST   ☐ FIDUCIARY APPOINTMENT   ☐ REFERENCE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK, by
LETITIA JAMES, Attorney General of the
State of New York,

Petitioner,

-against-

VDARE FOUNDATION, INC.,

Respondent.

Index No. 453196/2022

(Kraus, J.S.C.)

**ORDER**

---

The following e-filed documents, listed by NYSCEF document number (Motion Sequence No. 010) [___], were read on this motion to **CONFIRM IN PART THE REFEREE REPORT AND RECOMMENDATION DATED JULY 16, 2025 (NYSCEF No. 361)**.

WHEREAS, this matter has come before the Court on August 18, 2025, brought by notice of motion on behalf of Petitioner, the People of the State of New York ("OAG") (Mot. Seq. No. 010); and

WHEREAS, on March 27, 2024, the Court ordered a redaction protocol to "protect the personal identifying information of the moving Pseudonymous Authors" with review to be conducted by an independent third party, (**NYSCEF No. 238**); and

WHEREAS, the Court directed Respondent VDARE Foundation, Inc. ("VDARE") to "immediately produce all responsive documents to the Referee to make redaction determinations, apply redactions to responsive documents, and prepare corresponding redaction logs" and

WHEREAS, the Court ordered that "All redaction determinations and corresponding logging shall be done by the Referee[,]" (**NYSCEF No. 238**); and

WHEREAS, the Court further directed Respondent VDARE to "attest under penalty of perjury that any Qualifying Pseudonymous Author ("QPA") whose identity has been withheld

1

Case 1:25-cv-00810-MAD-ML Document 40-11 Filed 01/06/26 Page 3 of 5

under this protocol is not a "Related Party" as that term is defined in N-PCL § 102(23)," (**NYSCEF No. 238**); and

WHEREAS, on September 16, 2024, the Referee issued an Interim Report & Recommendation informing this Court that VDARE refused to comply (**NYSCEF No. 258**); and

WHEREAS, on October 17, 2024, the Court confirmed the Referee's Interim Report and directed VDARE to "produce fully unredacted documents" for in camera review within seven days, (**NYSCEF No. 340**); and

WHEREAS, VDARE produced unredacted documents in a format that impeded the Special Referee's review; and

WHEREAS, Respondent VDARE has engaged in frivolous conduct by undertaking a pattern of delay through its unjustifiable and willful disregard for the instructions and deadlines of the Special Referee; and

WHEREAS, the Special Referee's attempts to conduct the directed in camera review have been impeded by VDARE's continuous delays and partial compliance; and

WHEREAS, VDARE's conduct was undertaken primarily to delay or prolong the resolution of the litigation, or to harass or maliciously injure another; and

WHEREAS, Petitioner OAG has diligently endeavored to complete the redaction protocol process as quickly as feasible; and

WHEREAS, Respondent VDARE's dilatory behavior throughout the review process has injured and prejudiced Petitioner OAG by needlessly prolonging its lawful investigation; and

WHEREAS, Respondent VDARE has not completed its obligations under this Court's October 2024 Order as evidenced by the fact that responsive documents containing QPAs to be redacted have still not been produced to OAG;

2

Case 1:25-cv-00810-MAD-ML    Document 40-11    Filed 01/06/26    Page 4 of 5

WHEREAS, on September 3, 2025, after the initiation of the instant motion sequence, Petitioner filed a lawsuit against VDARE, Peter Brimelow, and Lydia Brimelow (N.Y. Sup. Ct. No. 452397/2025, D.E. 1); and

WHEREAS, Petitioner served VDARE with the aforementioned lawsuit on September 4, 2025 (N.Y. Sup. Ct. No. 452397/2025, D.E. 8), and Peter Brimelow and Lydia Brimelow on September 12, 2025 (N.Y. Sup. Ct. No. 452397/2025, D.E.s 9, 10); and

WHEREAS, OAG agrees that, without waiver of its rights to obtain disclosure of the VDARE documents that are the subject of the Report & Recommendation, the production and redaction of such documents containing QPAs, which have not yet been be produced to OAG, are now most efficiently managed as part of discovery in case No. 452397/2025; and

WHEREAS, it appears to the satisfaction of the Court that the factual allegations contained in Petitioner OAG's Affirmation at paragraphs 8–45 (**NYSCEF No. 363**) are credible and substantially supported by the record; and

WHEREAS, it appears to the satisfaction of the Court that the July 16, 2025 Referee Report and Recommendation of Special Referee Rebecca I. Wohl, filed to the docket electronically at **NYSCEF No. 361**, (the "Referee Report and Recommendation") has clearly defined the issues, resolved matters of credibility, and contains findings and conclusions substantially supported by the record;

IT IS hereby ORDERED, ADJUDGED AND DECREED that:

Petitioner's motion for an order confirming in part and rejecting in part the Referee Report and Recommendation is hereby GRANTED; and it is further

3

ORDERED that the factual findings of the July 16, 2025 Referee Report and Recommendation of Special Referee Rebecca I. Wohl, filed to the docket electronically at **NYSCEF No. 361**, (the "Referee Report and Recommendation"), are hereby adopted; and it is further

ORDERED that the redaction of VDARE documents containing QPAs, which are still due to be produced to OAG, are to be managed as part of discovery in case No. 452397/2025; and it is further

ORDERED that any relief not expressly addressed has nonetheless been considered and is hereby denied; and it is further

ORDERED that Petitioner shall, within 20 days from entry of this order, serve a copy of this order with notice of entry upon counsel for all parties and upon the Clerk of the General Clerk's Office (60 Centre Street, Room 119); and it is further

ORDERED that such service upon the General Clerk's Office shall be made in accordance with the procedures set forth in the Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases (accessible at the "E-Filing" page on the court's website at the address www.nycourts.gov/supctmanh)]; and it is further

ORDERED that this constitutes the decision and order of this Court.

Date: October __, 2025

ENTER:

_____
HON. SABRINA B. KRAUS
J.S.C.

4