Case 1:25-cv-00810-MAD-ML    Document 40-13    Filed 01/06/26    Page 1 of 4

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

-------------------------------------------------------------------X

PEOPLE OF THE STATE OF
NEW YORK BY LETITIA JAMES, etc.,

                             Plaintiff,

                                       Index No. 452397/20025

                                       Assigned Justice:
                                       Hon. Sabrina B. Krause

       -against-

                                      **NOTICE OF MOTION**

VDARE FOUNDATION, INC., et al.,

                           Defendants.

-------------------------------------------------------------------X

SIR/MADAM:

PLEASE TAKE NOTICE, that upon the memorandum of law of Frederick C. Kelly, Esq. dated December 18, 2025, in support of this motion, and all other papers, pleadings and proceedings in this action, Defendant VDARE Foundation, Inc. ("VDARE"), by its undersigned attorneys, will move this Court, at the Supreme Court, New York County, Motions Submissions Part, Room 130 at 60 Centre Street, New York, NY 10007 at 9:30 a.m. on February 27, 2026, or as soon thereafter as counsel may be heard, for an Order pursuant to CPLR 3211(a)(7) dismissing the Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Causes of Action against the VDARE, as set forth in the Attorney General of the State of New York's Verified Complaint, dated September 3, 2025, and for any other relief the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to stipulation of the parties, any opposition must be filed on or before February 13, 2026, with reply by Defendant on or before February 26, 2026.

Dated: Goshen, New York
      December 18, 2025

Yours, etc.


<u>/s/ Frederick C. Kelly</u>
Frederick C. Kelly, Esq.
*Attorney for Defendant VDARE*
One Harriman Square
Goshen, NY 10924
Phone No.: (845) 294-7945
Fax: (845) 294-7889
fckelylaw@protonmail.com

INDEX NO. 452397/2025

NYSCEF DOC. NO. 19                                                                RECEIVED NYSCEF: 12/18/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK, by
LETITIA JAMES, Attorney General of the State
of New York,

        Plaintiff,

        -against-

VDARE FOUNDATION, INC., PETER
BRIMELOW, and LYDIA BRIMELOW,

        Defendants.
-------------------------------------------------------------------X

Index No.: 452397/2025

Civil Action

**NOTICE OF
MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Edward A. Paltzik, Esq., dated December 18, 2025, upon the memorandum of law of Frederick C. Kelly, Esq. dated December 18, 2025 (NYSCEF Doc. No. 17),  and upon all the pleadings and proceedings heretofore had herein, the undersigned counsel for Defendants PETER BRIMELOW, and LYDIA BRIMELOW ("Brimelow Defendants") will move this Court at the Supreme Court, New York County, Motions Submissions Part, Room 130 at 60 Centre Street, New York, NY 10007, on February 27, 2026, at 9:30 am in the forenoon or as soon thereafter as counsel may be heard, for an Order:

1. Pursuant to <u>C.P.L.R.</u> § 3211(a)(7), dismissing the First, Second, Third, Fourth, Seventh, Eighth, and Ninth Causes of Action set forth in Plaintiff's Verified Complaint, dated September 3, 2025, as against Brimelow Defendants for failure to state a cause of action;

2. Together with such other and further relief as this Court may deem just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to stipulation of the parties, any opposition must be filed on or before February 13, 2026, with reply by Defendant on or before February 26, 2026.

Dated: December 18, 2025

TAYLOR DYKEMA PLLC

By:    /s/ Edward A. Paltzik
Edward A. Paltzik
914 E. 25th Street
Houston, TX 77009
Edward@taylordykema.com
(516) 526-0341

*Attorneys for Defendants*
*Peter Brimelow and Lydia Brimelow*

TO:    NEW YORK STATE OFFICE
OF THE ATTORNEY GENERAL
Rick Sawyer, Esq.
Civil Rights Bureau
28 Liberty Street
New York, New York 10005
Richard.Sawyer@ag.ny.gov
(212) 416-6182

*Attorneys for Plaintiff*

FREDERICK C. KELLY
Frederick C. Kelly, Esq.
One Harriman Square
P.O. Box 60
Goshen, NY 10924
fckellylaw@protonmail.com
(845) 294-7945

*Defendant VDARE Foundation, Inc.*

2