**IN THE UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| VDARE FOUNDATION, INC, | ) | CASE NO. 1:25-CV-00810-MAD ML |
| | ) | |
| Plaintiff, | ) | JUDGE MAE D'AGOSTINO |
| | ) | |
| v. | ) | |
| | ) | |
| LETITIA JAMES, in her official and | ) | **NOTICE OF APPEAL** |
| individual capacities, et al. | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Notice is hereby given that Plaintiff VDARE Foundation, Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from the Text Order dated December 9, 2025 and entered in this action on the day of December 9, 2025 at DKT. 35.

Dated: January 8, 2026

Respectfully submitted,

*/s/ Frederick C Kelly*
Frederick C. Kelly, Esq.
One Harriman Square
Goshen, NY 10924
Telephone:     845-294-7945
Email:          fckellylaw@protonmail.com
***Counsel for Plaintiff***