# Frederick C. Kelly

*Attorney at Law*
*One Harriman Square*
*Goshen, New York*
*845 294-7945* ◆ *Fax 845 294-7889*
*fckellylaw@protonmail.com*
*Service by electronic means is not accepted.*

Honorable Mae D'Agostino
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, NY 12207

January 26, 2026                *Via ECF*

Re:   VDARE Foundation, Inc v. James et al
      Case No. 25-cv-810

Dear Judge D'Agostino:

This office represents Plaintiff VDARE Foundation, Inc. in the above case.

I write with the consent of Defendants to request a brief extension on VDARE's Reply/Opposition due January 27, 2026. Plaintiff has made no previous requests for adjournment. The adversary here consents.

The snow storm has taken two working days away and Defendants have agreed to extend the time to Thursday, January 29, 2026, with their own reply adjusted accordingly.

Thus, Plaintiff respectfully requests the court's permission to extend the deadline for VDARE's Reply/Opposition to January 29, 2026. A proposed scheduling order is attached in accordance with your rules

I thank you and remain

                    Very truly yours,


                    /s/
                    Frederick C. Kelly, Esq.