# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



## SUPPLEMENTAL ELECTRONIC NOTICE OF CIVIL INTERLOCUTORY APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on January 8, 2026 the court received a notice of interlocutory appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

**Please take Notice of the following docket entries:**

**01/26/2026 [43] Letter Motion from Frederick C. Kelly for VDARE Foundation, Inc. requesting Extension on Consent for Reply/Opposition**

**01/28/2026 [44] TEXT ORDER granting in part 43 Letter Request re 40 Cross MOTION to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim and in Opposition to Plaintiff's Motion for Injunctive Relief (Dkt. No. 31) and 31 MOTION for Temporary Restraining Order : It is hereby ORDERED that the plaintiffs request for an extension of time to file a reply to 31 Motion for Temporary Restraining Order and 40 Cross-Motion to Dismiss, is GRANTED; Plaintiff's Reply is due by 1/29/2026. NO further briefing is permitted. Signed by U.S. District Judge Mae A. D'Agostino on 01/28/2026.**

**01/29/2026 [45] MEMORANDUM OF LAW n Opposition to Dismissal and in Reply for Injunctive Relief filed by VDARE Foundation, Inc.**

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 30th day of January, 2026.

Clerk of Court

By:    Olivia Amoia
       Deputy Clerk

## Case Information

Case Name & Case No.    VDARE Foundation, Inc. v. Letitia James, et al. 1:25-cv-810 (MAD/ML)

Docket No. of Appeal:        [41] **Interlocutory** Appeal

Document Appealed:        [35] Text Order

Fee Status:    Paid _X_        Due __        Waived (IFP/CJA) __        IFP revoked __

        Application Attached __        IFP pending before USDJ __

Counsel:        Retained _X_        Pro Se __

Time Status:        Timely _X_        Untimely __

**$605.00 Appeal Fee paid on 1/8/2026 Receipt Number ANYNDC-7426860**