*Frederick C. Kelly*

*Attorney at Law*
*One Harriman Square*
*Goshen, New York*
*845 294-7945* ◆ *Fax 845 294-7889*
*fckellylaw@protonmail.com*
*Service by electronic means is not accepted.*

Honorable Mae D'Agostino
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Courtroom 5
Albany, NY 12207

April 8, 2026          *Via ECF*

Re:    VDARE Foundation, Inc v. James et al
       Case No. 25-cv-810

Dear Judge D'Agostino:

This office represents Plaintiff VDARE Foundation, Inc. in the above case.

VDARE perfected its appeal in the Second Circuit and now intends to file for injunctive relief pursuant to FRAP 8. That relief would prevent the New York Attorney General from moving forward with a bad faith New York State Civil Enforcement Action ("James v. VDARE Foundation, Inc., New York Supreme Index No. 452397/2025") *pending appeal*.

Under FRAP 8 (a)(1)(C) it is appropriate, where not futile, to first request such relief in the district court. Your own rules require a pre-motion letter for injunctive relief; hence this filing.

Owing to speech at the core of the First Amendment (*DE. 32, p. 3; DE. 33, p. 6; DE. 33-4; DE. 33-5; DE. 33-6*), VDARE has been targeted for years by the New York Attorney General's Office. *DE. 32, pp. 1-3, 7-8; DE. 33, pp. 2-5.* This is a crucial point which the New

Page 1 of  3

York Attorney General's Office did not even bother to deny on the prior motion for injunctive relief, instead relying on bootless legal hermeneutics, such as *Rooker-Feldman*, *Younger* abstention, or collateral estoppel.

These are beside the point.  Defendants' concession on the evidence is the key factor in deciding the request for injunctive relief – for the reasons VDARE has already offered on the prior motion. *See also, Agudath Israel of Am. v. Cuomo*, 980 F.3d 222 (2d Cir. 2020): "Appellants presented unrebutted evidence that the executive order will prevent their congregants from freely exercising their religion." *Id.* at 231 (Park, J., *dissenting*) (*rev'd* 141 S.Ct 889 (2020)).

Respectfully, neither is "delay" a sound reason for denying VDARE injunctive relief. This is in fact only another hermeneutic that substitutes for addressing the question of irreparable harm, which is here palpable.  In any event, the chief inquiry when considering a motion for injunctive relief is the likelihood of success on the merits.  It is the "dominant or even dispositive factor" (*N.Y. Progress & Prot. Pac v. Walsh*, 733 F.3d 483, 488 (2d Cir. 2013)), not the question of delay.  Here we submit the Court failed to appropriately weigh the likelihood of success on the merits, irreparable injury, or the balance of equities, factors which stood out in sharp relief given the AG's concession of fact.

And it is not only VDARE's free speech rights which are at issue.  The un-rebutted evidence presented on appeal shows that the New York Attorney General's Office is leading a conspiracy with other state attorneys general to abuse government power to target speakers on the basis of viewpoint *(DE. 33, pp. 2, 4-6)* in direct defiance of *R.A.V. v. City of St. Paul*, 505 U.S. 377, 386 (1992).

In other words, the Court is poised atop a massive interstate scandal, the exact extent of

which remains unknown, with VDARE as only the tip of the iceberg.

But unless this Court steps in to issue injunctive relief pursuant to FRAP 8 VDARE will continue to suffer suppression.  And now is the critical juncture because the state court proceedings are beginning to move apace, with discovery set to commence after a conference set for April 14, 2026.

We respectfully submit that the answer of this Court should be: not a minute more of this abuse.  VDARE is prepared to submit an Order to Show Cause seeking a TRO and injunctive relief pending appeal in accordance with FRAP 8.  A copy of VDARE's papers have already been supplied to opposing counsel.

If VDARE's efforts here would be futile, please so indicate and VDARE will immediately proceed to the Second Circuit.  If not, kindly set a schedule at your earliest convenience for the submission of VDARE's Order to Show Cause.

I thank you and remain

Very truly yours,


/s/
Frederick C. Kelly, Esq.


cc:    Matthew Gallagher, Esq.    *Assistant Attorney General/Counsel for Defendants*
       David White, Esq.          *Assistant Attorney General/Counsel for Defendants*