# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-six.

Before: Joseph F. Bianco,
*Circuit Judge.*

---

VDARE Foundation, Inc.,

Plaintiff - Appellant,

v.

Letitia James, Richard Sawyer, Yael Fuchs, James Sheehan, Meghan Faux, Emily Stern, Rachel Finn, Benjamin D. Liebowitz, New York State Office of the Attorney General,

Defendants - Appellees,

Catherine Suvari,

Defendant.

---

**ORDER**

Docket No. 26-2575

Appellant moves for an injunction pending appeal.

IT IS HEREBY ORDERED that, to the extent Appellant seeks a temporary injunction pending review by a three-Judge panel, the motion is DENIED. The motion is REFERRED to a three-Judge panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/19/2026